Prob 12 (10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



U.S.A. vs. Dominic A. Hall          Docket No. R4003526

1:15-mj-91

### Petition on Probation

COMES NOW <u>Sherylle Gant</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Dominic A. Hall</u>, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Judge, sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>21st</u> day of <u>November, 2014</u>, who fixed the period of supervision at <u>1 year</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in and successfully complete an Alcohol Safety Action Program or other alcohol treatment program as deemed appropriate by the probation office.

2. Commencing on November 21, 2014, and continuing for a period of 1 year, the defendant may not operate a motor vehicle anywhere in the United States except (a) to and from work, as incident to or required by work, (b) to and from Court, the probation office, and the Alcohol Safety Action Program.

3. The defendant shall pay a $150 fine, $10 special assessment fee and $25 processing fee by February 21, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date** March 3, 2015 @ 10:00 A.M.

### ORDER OF COURT

Considered and ordered this 11th day of February, 2015 and ordered filed and made a part of the records in the above case.

_/s/_
Ivan D. Davis
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2015

_Sherylle Gant_
Sherylle Gant
U.S. Probation Officer
(703) 366-2131

Place Manassas, Virginia

**TO CLERK'S OFFICE**

OFFENSE: Driving Under the Influence, in violation of Title 32, C.F.R., Section 234.17(c)(1)(i).

SENTENCE: 1 year supervised probation.

ADJUSTMENT TO SUPERVISION: Dominic Hall has resided in Temple Hills, Maryland, since the onset of probation and has been supervised by U.S. Probation Officer (USPO) Peter Yalango of the U.S. Probation Office for the District of Maryland (Greenbelt). Correspondence received from USPO Yalango dated January 5, 2015, revealed that Mr. Hall's adjustment to supervised probation has been unsatisfactory due to illegal substance use and new criminal charges.

Correspondence received from USPO Yalango on February 3, 2015, revealed Mr. Hall has been reporting to the probation office as directed, and his monthly supervision reports are current. However, he reported that Mr. Hall has failed to provide verification of employment.

Mr. Hall was referred to Insight Treatment Services (ITS) on January 9, 2015. USPO Yalango verified that Mr. Hall attended his substance abuse assessment with ITS; that he is attending treatment with the program on a weekly basis; and that he is enrolled in random urinalysis testing. USPO Yalango advised that Mr. Hall submitted a urine specimen on January 20, 2015, that screened negative for the presence of illegal substances.

A computerized check with the Central Violations Bureau on February 3, 2015, revealed Mr. Hall has not made any payment toward his Court-ordered monetary obligations.

VIOLATIONS: The following violations are submitted for the Court's consideration.

| | |
|---|---|
| **MANDATORY CONDITION 1:** | **COMMISSION OF A CRIME – POSSESSION OF MARIJUANA AND NO DRIVER'S LICENSE.** |
| **CONDITION 11:** | **FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER.** |
| **SPECIAL CONDITION 2:** | **FAILURE TO DRIVE WITHIN DRIVING RESTRICTIONS** |

On December 20, 2014, Dominic Hall was charged with Possession of Marijuana and No Driver's License in Herndon, Virginia. An adjudicatory hearing is scheduled in the Fairfax County General District Court on March 4, 2015.

Mr. Hall failed to notify USPO Yalango of the above police contact and pending charges until December 29, 2014.

Documentation obtained from the Fairfax County Police Department revealed Mr. Hall's traffic stop took place on Saturday, December 20, 2014, at 1:15 a.m. Mr. Hall advised the police officer that he was driving home from a hookah bar with some friends.

**CONDITION 7:**                  **USE OF MARIJUANA.**

On December 19, 2014, Dominic Hall submitted a urine specimen at the U.S. Probation Office for the District of Maryland, in Greenbelt, that screened positive for marijuana. He signed a voluntary admission of illegal drug use form that same day acknowledging he used the substance on or about December 13, 2014.

SCG/