UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA



U.S.A. vs. <u>Dominic A. Hall, Jr.</u>　　　　　　　　　Docket No. <u>1:15MJ91</u>

### Addendum to
### Petition on Probation

**PRAYING THAT THE COURT WILL ORDER** that the information that follows be made part of the Petition executed on February 4, 2015.

**SPECIAL CONDITION 1:**　　**FAILURE TO PARTICIPATE IN AND SUCCESSFULLY COMPLETE AN ALCOHOL SAFETY ACTION PROGRAM OR OTHER ALCOHOL TREATMENT PROGRAM AS DEEMED APPROPRIATE BY THE PROBATION OFFICE.**

**CONDITION 3:**　　**FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER.**

According to U.S. Probation Officer (USPO) Peter Yalango of the U.S. Probation Office for the District of Maryland in Greenbelt, Dominic Hall failed to submit urine specimens at Insight Treatment Services (ITS) on February 3, 7, and 11, 2015. USPO Yalango directed Mr. Hall to comply with his treatment at ITS.

ORDER OF COURT

Considered and ordered this __2nd__ day of __March__, __2015__, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

_/s/_
Ivan D. Davis
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __February 25, 2015__

_(signature)_
by Sherylle Gant
U.S. Probation Office
(703) 366-2131

Place __Manassas, Virginia__

SCG/iyh